```
                                                      G01
                                                                    PAGE 1
FINAL COURTRAN   CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92
CR-86-00513-05                                    CR-86-00513-05
                 US-V-LOPEZ ETAL
                         as of 08/18/92 at 8:26 AM
-----------------------------------------------------------------
Judge: FUGITIVE CALENDAR                    Case Filed: 07/03/86

Defendant:

D5    MARKS, CLAUDE


    Dft ID: -15714

    Pending counts:
       Racketeering, arson conspiracy., 18:371 (1)
       Racketeering, arson conspiracy., 18:371 (S1)
       Racketeering, arson conspiracy, 18:371 (SS1)

    Offense Level (opening): FEL

    Complaints:
       Fld mag complaint 07/03/86 (18:371 Defendants did
          kinowingly combine, conspire, confederate and
          agree together and with others both known and
          unknown to aid and assist in an escape and the
          attempt to escape of parties incarcerated in an
          U.S. institution. Defendants did also
          transport eplosives in interstate commerce).

    U S Attorneys:
       DAVIS, ANDREA L
       (312)353-5300

.................................................................
```

```
                                                          H01
FINAL COURTRAN    CRIMINAL DOCKEILL-N(CHICAGO)  08/28/92
                                                                    PAGE 2
CR-86-00513-05                                    CR-86-00513-05
                  US-V-LOPEZ ETAL
                              PROCEEDINGS

07/03/86          Case assigned to MAGISTRATE JUDGE BUCKLO (Dkt'd 07/28/86).
                  US Attorney DAVIS, ANDREA L added to case (Dkt'd 07/28/86).

           1      Filed magistrate complaint (Dkt'd 07/28/86).
           2      Filed appearance of DEUTSCH, MICHAEL as attorney for
                     defendant (Dkt'd 07/28/86).
           2      Filed appearance of SUSLER, JAN as attorney for defendant
                     (Dkt'd 07/28/86).

07/08/86   9      Motion made in open court    (MOT#1) (To file brief in
                     support of finding of probable cause) (MAGISTRATE JUDGE
                     BUCKLO) (Dkt'd 07/28/86).
           9      Motion granted  (MOT#1) (To file brief in support of
                     finding of probable casause.) (MAGISTRATE JUDGE BUCKLO)
                     (Dkt'd 07/28/86).
           9      Order filed (Plaintiff to file brief by 3:00 p.m. July 11,
                     1986.  Plaintiff to serve defendants July 11, 1986.
                     Defendant to advise Magistrate if they intent to respond to
                     brief of plaintiff) (MAGISTRATE JUDGE BUCKLO) (Dkt'd
                     09/16/86).

07/18/86   15     Preliminary examination held (7/7/86) (MAGISTRATE JUDGE
                     BUCKLO) (Dkt'd 07/29/86).
           15     Order finding of probable cause (As to each defendant)
                     (MAGISTRATE JUDGE BUCKLO) (Dkt'd 07/29/86).
           15     Defendant held to the district court ((SEE REVERSE OF ORDER
                     FOR PARTICULARS).) (MAGISTRATE JUDGE BUCKLO) (Dkt'd
                     07/29/86).

07/25/86   16     Defendant's first appearance ((Took place) 7/3/86)
                     (MAGISTRATE JUDGE BUCKLO) (Dkt'd 07/29/86).
           16     Defendant informed of rights (7/3/86) (MAGISTRATE JUDGE
                     BUCKLO) (Dkt'd 07/29/86).

08/06/86   19     Filed transcript of proceedings for 07/03/86 (Dkt'd
                     08/08/86).

08/20/86          Case assigned to JUDGE HART (Dkt'd 09/10/86).
                  US Attorney DAVIS, ANDREA L added to case (Dkt'd 09/10/86).

           26     Filed indictment (Dkt'd 09/10/86).
           27     Order bench warrant issued (JUDGE BUA) (Dkt'd 09/10/86).
           27     Bail not allowed (The government will seek to have the
                     defendants detained without bond pursuant to Title 18, USC,
                     Section 3142.) (JUDGE BUA) (Dkt'd 09/10/86).
           28     - Filed criminal designation form. (Fel, CAT.II) (Dkt'd
                     09/10/86).

08/21/86          Bench warrant issued (Dkt'd 09/10/86).
```

```
                                                    I01
FINAL COURTRAN   CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92
                                                              PAGE 3
CR-86-00513-05                                 CR-86-00513-05
                 US-V-LOPEZ ETAL
                              PROCEEDINGS

            29    Arraignment and plea set for 08/27/86 a 10:30 AM (Count 1)
                     (Dkt'd 09/10/86).
08/27/86    34    Arraignment and plea reset to 09/05/86 a 9:00 AM (Count 1)
                     (Pursuant to parties request, arraignment and pleas reset.)
                     (JUDGE HART) (Dkt'd 09/10/86).
09/05/86    35    Status hearing set for 10/01/86 a 9:30 AM (JUDGE HART)
                     (Dkt'd 09/10/86).
            40    Order filed (Government informs the Court that defendants
                     Marks and Willmott are still fugitivies.  Court to place
                     defendants on fugitive calendar at a later date.) (JUDGE
                     HART) (Dkt'd 09/16/86).

09/10/86    48    Notice filed (Dkt'd 09/16/86).
            49    Motion by government filed   (MOT#8) (Government's motion
                     for protective order.) (Dkt'd 09/16/86).
            50    Motion by government granted  (MOT#8) (Government motion
                     for protective order is granted. Enter protective order.
                     (Draft)  Affidavit of special agent Heard submitted in
                     camera to be placed in clerk's office vault.) (JUDGE HART)
                     (Dkt'd 09/16/86).
            51    Filed affidavit (Filed affidavit of special agent Michael B.
                     Heard submitted in camera to support government's motion
                     for protective order.  (Filed under seal)) (Dkt'd 09/16/86).

09/29/86    61    - Filed governments' report to the court. (Dkt'd 10/02/86).

10/01/86    70    - Filed subpoena duces teecum to MCC. (Dkt'd 10/09/86).

11/18/86   115    Notice filed (Dkt'd 12/02/86).
           116    Motion by government filed  (MOT#42) (Government's motion
                     to postpone its response to defendants' pretrial motions.)
                     (Dkt'd 12/02/86).

12/05/86   126    Notice filed (Dkt'd 12/11/86).
           127    Motion by government filed  (MOT#45) (to reset status
                     report and arraignment.) (Dkt'd 12/11/86).
           128    Motion by government granted  (MOT#45) (to reset status
                     report and arraignment.) (JUDGE HART) (Dkt'd 12/11/86).
           128    Status hearing reset to 12/18/86 a 9:30 AM (JUDGE HART)
                     (Dkt'd 12/11/86).

12/12/86   129    Filed superseding indictment (Dkt'd 12/29/86).
           130    Order bail to stand in this cause as set in CR-86-00513
                     (JUDGE GRADY) (Dkt'd 12/29/86).
           131    - Filed criminal designation form.  (Fel, Cat.II) (Dkt'd
```

```
                                                    J01
FINAL COURTRAN  CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92
CR-86-00513-05                                              PAGE 4
                                              CR-86-00513-05
                 US-V-LOPEZ ETAL
                                PROCEEDINGS

                    12/29/86).
            132   - Filed government's consolidated response to defendant's
                    pretrial motions. (Dkt'd 12/29/86).

12/31/86    144    Order cause referred to the executive committee for
                    reassignment  EXELUTIVE COMMITTEE (Count ) (JUDGE HART)
                    (Dkt'd 01/07/87).

01/05/87    144    Order case reassigned to FUGITIVE CALENDAR (for the
                    Executive Committee) (JUDGE GRADY) (Dkt'd 01/07/87).

02/11/87    165   - Filed letter dated 2/10/87 to Judge Hart from U.S.
                    Attorney Daniel WM. Gillogly. (Dkt'd 02/18/87).
                   Mark the beginning of a potential excludable period of type
                    X-M starting on 08/21/86 ((In re BWI on 8/21/86)) (Dkt'd
                    02/25/87).

03/02/87    207    Order filed (Filed document and order under seal.) (Dkt'd
                    03/02/87).

03/16/87    225   - Filed one envelope under seal. (Dkt'd 03/16/87).

03/23/87    247   - Filed government's report to the court. (Dkt'd 03/26/87).

03/31/87    255   - Filed government's report of investigation regarding
                    prison visiting records. (Dkt'd 04/08/87).

04/01/87    257    Notice filed (Dkt'd 04/08/87).
            258   - Filed government's response to order regarding electronic
                    surveillance. (Dkt'd 04/08/87).
            259    Notice filed (Dkt'd 04/08/87).
            260    Motion by government filed  (MOT#79) (Government's motion
                    for additional time to respond to defendant's motion for
                    sanctions.) (Dkt'd 04/08/87).

04/03/87    263   - Filed government's response to defendants' motion for
                    sanctions. (Dkt'd 04/09/87).

04/08/87    269    Notice filed (Dkt'd 04/14/87).
            270    Motion by government filed  (MOT#81) (Government's motion
                    to reconsider order regarding informants.) (Dkt'd 04/14/87).

            271    Notice filed (Dkt'd 04/14/87).
            272    Motion by government filed  (MOT#82) (Government's motion
                    to correct March 20, 1987 memorandum opinion and order.)
                    (Dkt'd 04/14/87).

04/13/87    275    Filed subpoena (s) returned executed (Executed on 3/10/87
```

```
                                                      K01
FINAL COURTRAN   CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92
                                                              PAGE 5
CR-86-00513-05                                    CR-86-00513-05
                 US-V-LOPEZ ETAL
                              PROCEEDINGS
```

|  |  |  |
|---|---|---|
|  |  | to Kenneth Miller, IL Bell Telephone.) (Dkt'd 04/17/87). |
| 04/17/87 | 276 | Notice filed (Dkt'd 04/20/87). |
|  | 277 | - Filed defendants' joint reply to government's response regarding electronic surveillance. (Dkt'd 04/20/87). |
| 04/20/87 | 278 | Notice filed (Dkt'd 04/21/87). |
|  | 279 | - Filed Government's notice of intent to introduce evidence of other crimes, wrongs, acts. (Dkt'd 04/21/87). |
| 04/21/87 | 280 | Notice filed (Dkt'd 04/22/87). |
|  | 281 | Motion by government filed (MCT#84) (Government's motion to seal.) (Dkt'd 04/22/87). |
|  | 285 | - Filed reply to government's response to defendants' motion for sanctions. (Dkt'd 04/22/87). |
|  | 286 | - Filed one brown envelope under seal. (Dkt'd 04/22/87). |
| 05/01/87 | 291 | Notice filed (Dkt'd 05/05/87). |
|  | 292 | - Filed government's response to defendants' motion for production of certain California evidence. (Dkt'd 05/05/87). |
| 05/07/87 | 293 | Motion by government granted (MOT#82) (The Government's Motion to Correct March 20, 1987 Memorandum Opinion and Order is granted. Reference to Louisiana on page 21 of March 20, 1987 order is changed to California.) (JUDGE HART) (Dkt'd 05/08/87). |
| 05/11/87 | 294 | Filed CJA Form #21 copy #2 Authorization & Voucher for Expert or Other Services (JUDGE HART) (Dkt'd 05/12/87). |
| 05/29/87 | 305 | Notice filed (Dkt'd 06/04/87). |
|  | 306 | - Filed Government's Supplemental Submission regarding Electronic Surveillance. (Dkt'd 06/04/87). |
| 06/18/87 | 321 | Notice filed (Dkt'd 06/22/87). |
|  | 322 | - Filed Government's response to defendants' motion to exclude other crimes evidence. (Dkt'd 06/22/87). |
| 07/23/87 | 344 | Notice filed (of filing.) (Dkt'd 07/24/87). |
|  | 345 | - Government's second supplemental submission regarding electronic surveillance. (Dkt'd 07/24/87). |
| 08/07/87 | 348 | Filed superseding indictment (Dkt'd 08/10/87). |
|  | 349 | - Filed criminal designation form. (fel Cat II) (Dkt'd 08/10/87). |
|  | 350 | Order bench warrant issued (The government will seek to have the defendants detained without bond pursuant to Title 18, United States Code, Section 3142) (JUDGE SHADUR) (Dkt'd |

```
                                                              L01
FINAL COURTRAN    CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92
                                                                    PAGE 6
CR-86-00513-05                                    CR-86-00513-05
                  US-V-LOPEZ ETAL
                                 PROCEEDINGS

                   08/10/87).
                   Bench warrant issued (Dkt'd 08/10/87).

08/18/87   355    - Filed one yellow envelope under seal. (Dkt'd 08/18/87).

09/17/87   391    Notice filed (of filing.) (Dkt'd 09/18/87).
           392    Motion by government filed  (MOT#110) (for leave to file
                     responses to certain of defendants' motions instanter.)
                     (Dkt'd 09/18/87).
           393    Motion by government filed  (MOT#111) (in limine to
                     preclude defendants from presenting evidence or arguments
                     at trial relating to alleged governmental "misconduct".)
                     (Dkt'd 09/18/87).
           394    Motion by government filed  (MOT#112) (in limine to
                     preclude defendants from presenting evidence or arguments
                     at trial relating to alleged political "defense:.") (Dkt'd
                     09/18/87).
           395    Motion by government filed  (MOT#113) (in limine and
                     memorandum of law on entrapment and vicarious entrapment.)
                     (Dkt'd 09/18/87).
           401    Filed transcript of proceedings for 07/07/86 (Dkt'd
                     09/29/87).

09/25/87   405    Notice filed (Dkt'd 10/01/87).
           406    Motion by government filed  (MOT#114) (for leave to file
                     documents in-camera.) (Dkt'd 10/01/87).

10/06/87   415    - Governmenvt's Evidentiary profferas to co-conspirator
                     statements. (Dkt'd 10/09/87).

10/07/87   419    Motion by government filed  (MOT#118) (to reconsider order
                     limiting evidence of the nature of defendants' conviction
                     and the length of their sentences.) (Dkt'd 10/14/87).

10/08/87   420    - Addendum to the government's evidentiary proffer as to co-
                     conspirator statements. (Dkt'd 10/14/87).

10/09/87   424    Notice filed (Dkt'd 10/15/87).
           425    Motion by government filed  (MOT#120) (for leave to
                     complete the record.) (Dkt'd 10/15/87).
           428    - Government's supplemental voir dire questions. (Dkt'd
                     10/15/87).

10/13/87   430    Notice filed (of filing.) (Dkt'd 10/15/87).
           431    - Defendants' voir dire questions. (Dkt'd 10/15/87).

10/14/87   437    Notice filed (of filing and certificate of service.) (Dkt'd
                     10/15/87).
           438    Notice filed (of filing and certificate of service.) (Dkt'd
```

Case: 1:86-cr-00513 Document #: 809 Filed: 08/19/86 Page 7 of 10 PageID #:9

M01

FINAL COURTRAN     CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92
                                                                          PAGE 7
CR-86-00513-05                                        CR-86-00513-05
                  US-V-LOPEZ ETAL
                             PROCEEDINGS

|  |  |  |
|---|---|---|
|  |  | 10/15/87). |
|  | 439 | - Defendants' Joint response to "Government's evidentiary proffer as to co-conspirator statements". (Dkt'd 10/15/87). |
| 10/20/87 | 446 | - Filed one brown envelope under seal. (Dkt'd 10/22/87). |
| 11/02/87 | 460 | Filed appearance of FELDMAN, A DANIEL as attorney for defendant (Dkt'd 11/03/87). |
|  | 460 | Filed appearance of FIFER, SAMUEL as attorney for defendant (Dkt'd 11/03/87). |
|  | 460 | Filed appearance of KRAUS, KENNETH E as attorney for defendant (Dkt'd 11/03/87). |
|  | 461 | Filed affidavit (Evidencing compliance with general rule 39.) (Dkt'd 11/03/87). |
|  | 462 | Filed affidavit (Evidencing compliance with general rule 39.) (Dkt'd 11/03/87). |
|  | 463 | Filed affidavit (Evidencing compliance with general rule 39.) (Dkt'd 11/03/87). |
| 11/10/87 | 477 | Notice filed (of motion.) (Dkt'd 11/12/87). |
|  | 477 | Motion filed (MOT#128) (of NBC Subsidiary (WMAQ-TV), Inc. for access to evidence.) (Dkt'd 11/12/87). |
|  | 478 | Motion granted (MOT#128) (Application of NBC Subsidiary (WMAQ-TV), Inc. for access to evidence is granted. Appearance of attorney Carol Anne Been may be filed instanter, but the Clerk's Office docketing department is not placed said attorney or her law firm on the court's mailing list.) (JUDGE HART) (Dkt'd 11/12/87). |
|  | 479 | Filed appearance of BEEN, CAROL ANNE as attorney for defendant (Dkt'd 11/12/87). |
|  | 480 | Filed affidavit (Evidencing compliance with general rule 39.) (Dkt'd 11/12/87). |
| 11/18/87 | 488 | - Filed one brown envelope under seal. (Dkt'd 11/30/87). |
| 12/10/87 | 556 | Order filed (Enter court's certification that the continued expenditure of funds by the Federal Defender Program to Ernesto Quidgley is not to exceed an additional $1,000.00) (JUDGE HART) (Dkt'd 01/06/88). |
| 12/21/87 | 546 | - Filed under seal one large yellow envelope. (Dkt'd 12/22/87). |
|  | 547 | - Filed Government's Proposed curative instruction. (Dkt'd 12/29/87). |
| 12/31/87 | 587 | - Filed one brown envelope under seal. (Dkt'd 01/08/88). |
|  | 588 | - Filed Government's statement for in-camera review. (Dkt'd 01/11/88). |

```
                                                      N01
FINAL COURTRAN   CRIMINAL DOCKETLL-N(CHICAGO) 08/28/92
                                                              PAGE 8
CR-86-00513-05                                    CR-86-00513-05
                 US-V-LOPEZ ETAL
                                   PROCEEDINGS
```

| Date | No. | Entry |
|---|---|---|
| 02/09/88 | 609 | Notice filed (of filing.) (Dkt'd 02/10/88). |
| 03/04/88 | 640 | - Filed one brown envelope under seal. (Dkt'd 03/04/88). |
| 03/08/88 | 654 | Order filed (Ordered that the U.S. Marshal forthwith transport George N. Lebosky directly to the institution designated by the Bureau of Prisons by the most expeditious means available.) (JUDGE HART) (Dkt'd 03/10/88). |
| 03/16/88 | 663 | Filed writ of habeas corpus ad testificandum returned executed, served on 03/27/87 (Dupage County Jail.) (Dkt'd 03/17/88). |
| 03/29/88 | 667 | - Filed one brown envelope under seal. (Dkt'd 03/29/88). |
| 04/28/88 | 676 | Transcript ordered (Dkt'd 05/04/88). |
| 07/12/88 | 683 | - Filed one yellow envelope under seal. (Dkt'd 07/14/88). |
|  | 684 | - Filed one yellow envelope under seal. (Dkt'd 07/14/88). |
| 07/29/88 | 685 | Filed transcript of proceedings for 10/19/87 (10/20/87, 10/21/87, 10/22/87, 10/23/87, 10/26/87, 11/2/87, 11/3/87, 11/4/87, 11/5/87, 11/9/87, 11/10/87, 11/12/87, 11/13/87, 11/16/87, 11/17/87, 11/18/87, 11/19/87, 11/23/87, 11/24/87, 11/25/87, 11/30/87, 12/1/87, 12/2/87, 12/3/87, 12/7/87, 12/8/87, 12/10/87, 12/14/87, 12/16/87, 12/17/87, 12/21/87, 12/22/87, 12/23/87, 2/16/88 (35 volumes)) (Dkt'd 08/02/88). |
| 10/24/88 | 688 | Filed transcript of proceedings for 11/18/86 (and 5/14/87 two (2) volumes) (Dkt'd 10/26/88). |
|  | 689 | Filed transcript of proceedings for 04/29/87 (one volume) (Dkt'd 10/26/88). |
| 10/26/88 | 690 | Notice filed (of motion) (Dkt'd 10/27/88). |
|  | 691 | Motion by government filed (MOT#158) (to reseal tapes) (Dkt'd 10/27/88). |
|  | 692 | Motion by government granted (MOT#158) (Government's unopposed motion to reseal tapes is granted. Tapes to be resealed forthwith.) (JUDGE HART) (Dkt'd 10/27/88). |
| 10/28/88 | 693 | Filed transcript of proceedings for 01/13/87 (and 3/9/88 two (2) volumes) (Dkt'd 11/02/88). |
| 11/09/88 | 700 | Notice filed (of motion) (Dkt'd 11/16/88). |
|  | 701 | Motion by government filed (MOT#159) (renewed motion to reseal audio and video tapes) (Dkt'd 11/16/88). |
|  | 702 | - (MOT#159) (Government's renewed motion to reseal audio and video tapes is referred to a magistrate by lot for |

```
                                            001
FINAL COURTRAN   CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92
                                                              PAGE 9
CR-86-00513-05                              CR-86-00513-05
                 US-V-LOPEZ ETAL
                           PROCEEDINGS
```

disposition.) (JUDGE HART) (Dkt'd 11/16/88).

11/14/88  703   Cause referred to MAGISTRATE JUDGE LEFKOW (For the
                Executive Committee) (JUDGE GRADY) (Dkt'd 11/17/88).

12/08/88  708   Notice filed (of motion) (Dkt'd 12/21/88).
          709   Motion by government filed  (MOT#161) (to reseal audio and
                video tapes) (Dkt'd 12/21/88).
          710   Motion by government granted  (MOT#161) (Government's
                motion to reseal audio and video tapes is granted.)
                (MAGISTRATE WEISBERG) (Dkt'd 12/21/88).
          :10   - Sealing is set for 12/13/88 a2:00pm. (MAGISTRATE JUDGE
                LEFKOW) (Dkt'd 12/21/88).
          711   Order filed (Sealing is set for December 13, 1988 at 2:00pm.
                ) (MAGISTRATE JUDGE LEFKOW) (Dkt'd 12/22/88).

12/13/88  712   Order filed (Resealing of audio and video tapes held.
                Action took place in the office of the F.B.I. with both the
                Magistrate and a court reporter present.  All matters
                relating to referral having been complete, this cause is
                returned to Judge Hart for further proceedings.)
                (MAGISTRATE JUDGE LEFKOW) (Dkt'd 12/22/88).

01/04/89  713   Order filed (Pursuant to sealing on December 13, 1988 at
                2:00p.m. enter ORDER RESEALING TAPES. DRAFT.) (JUDGE HART)
                (Dkt'd 01/05/89).

10/11/89  719   Notice filed (of motion) (Dkt'd 10/12/89).
          720   Notice filed (of filing) (Dkt'd 10/12/89).
          721   Motion  filed   (MOT#163) (to supplement the record on
                appeal) (Dkt'd 10/12/89).
          722   Motion  granted   (MOT#163) (Enter order granting
                defendants' motion to supplement the record on appeal.)
                (JUDGE HART) (Dkt'd 10/12/89).

10/20/89  723   Filed defendant's exhibits (five black and white
                photographs labelled as Gov. Ex. Dallas 2A, 2B, 2C 2D and
                2F.  Eleven type-written pages labelled Gov. Ex. Dallas 3.)
                (Dkt'd 10/24/89).

10/23/89  724   Filed appearance of QUAINI, DUANE C as attorney for
                defendant (with general rule 39 attached) (Dkt'd 10/24/89).

          724   Filed appearance of DETERMAN, MARGARET S as attorney for
                defendant (with general rule 39 affidavit attached) (Dkt'd
                10/24/89).

10/25/89  725   - Filed application of Paramount Pictures, Inc. for access
                to evidence, with notice attached. (Dkt'd 10/26/89).

```
                                                         A02
FINAL COURTRAN    CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92
                                                                    PAGE 10
CR-86-00513-05                                       CR-86-00513-05
                  US-V-LOPEZ ETAL
                                  PROCEEDINGS

           726    Filed appearance of RECHTORIS, KENNETH E as attorney for
                     defendant (with general rule 39 affidavit attached) (Dkt'd
                     10/26/89).
           726    Filed appearance of HIGGINS, FRANCIS J as attorney for
                     defendant (with general rule 39 attached) (Dkt'd 10/26/89).

           727    Order filed (Paramount Pictures, Inc. is directed to serve
                     a copy of this motion to defendant Oscar Lopez forthwith.
                     Defendants' given until November 1, 1989 to file objections
                     . Ruling will be by mail.) (JUDGE HART) (Dkt'd 10/26/89).

10/27/89   728    - Filed application of STF Productions, INc. for inspection
                     and copying of trial exhibits, with notice attached. (Dkt'd
                     11/01/89).
           729    - Filed petition of STF Productions, Inc. for admission of
                     Victoria L. RAdd Pro Hac Vice pursuant to Local Rule 3.12
                     (Dkt'd 11/01/89).
           730    - Filed emergency application of Paramount Pictures, Inc.
                     for immediate access to one audiotape and two videotapes
                     played at trial, with notice attached. (Dkt'd 11/01/89).
           731    Order filed (Emergency application of STF Productions, Inc.
                     and Paramount Pictures Inc. for inspection and copying of
                     certain trial exhibits is granted. Order entered. STF's
                     petition for admission pro hac vice is moot. (Draft))
                     (JUDGE HART) (Dkt'd 11/01/89).

02/23/90   738    Order filed (Defendants' joint motion for order denying
                     Paramount's request for access to evidence is denied.
                     Defendants present no sufficient basis for denying access
                     to the government's evidence in this case. The government
                     may provide access to the evidence without further leave of
                     the court.) (JUDGE HART) (Dkt'd 02/27/90).
.............................................................................

     End of docket
```